# United States Court of Appeals
## For the First Circuit

---

Nos. 24-1650, 24-1821

UNITED STATES OF AMERICA,

Appellee,

v.

SUNNA SEPETU and NAFIS QUAYE,

Defendants, Appellants.

---

**ERRATA SHEET**

The opinion of this Court, issued on (May 15, 2026), is amended as follows:

On page 28, line 2 replace "that" with "the".